**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Kerry Eugene KEY, aka Kerry Key,**
**Defendant—Appellant.**

No. 07–50321.

United States Court of Appeals,
Ninth Circuit.

Submitted March 18, 2008.*

Filed March 25, 2008.

Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: CANBY, T.G. NELSON, and BEA, Circuit Judges.

MEMORANDUM **

Kerry Eugene Key appeals from the 18–month sentence imposed following revocation of his supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Key contends that the supervised release revocation procedures set forth in 18 U.S.C. § 3583(e)(3) violate core *Apprendi* values. This contention is foreclosed by *United States v. Huerta–Pimental,* 445 F.3d 1220, 1224–25 (9th Cir.2006). We reject Key's contention that *Huerta–Pimental* is no longer good law in light of *Cunningham v. California,* 549 U.S. 270, 127 S.Ct. 856, 166 L.Ed.2d 856 (2007).

**AFFIRMED.**

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

